# LAW OFFICES OF
# FULLER, FULLER & ASSOCIATES, P.A.

12000 BISCAYNE BOULEVARD; SUITE 502
NORTH MIAMI, FLORIDA 33181

MAIN (305) 891-5199
FACSIMILE (305) 893-9505

May 12, 2022

*Via CM/ECF*
The Honorable Jesse M. Furman,
United States District Judge
Thurgood Marshall Courthouse
40 Centre Street; Room 105
New York, NY 10007

Re:   *Helen Swartz v. OSIB-BCRE Bowery Street Holdings LLC*
      Case No.: 1:22-cv-02491-JMF

**Plaintiff's Unopposed First Letter Motion for Adjournment of Initial Conference and Mediation**

Your Honor:

This correspondence represents Plaintiff's first request for an adjournment of the Initial Conference set for July 11, 2022, at 3:45 p.m., and the mediation which is to occur at least two weeks prior thereto. Defense counsel has been consulted and has consented to this request.

The Plaintiff hopes to settle this matter in an amicable fashion, without the need for protracted litigation. In addition, although the undersigned will be on vacation from June 23 through August 1, 2022, he will be in a position to negotiate settlement.

Accordingly, it is respectfully requested that the Initial Conference be continued to the end of August, with mediation (if necessary) to be scheduled during the first or second week of August.

The Court's consideration is greatly appreciated.

Respectfully submitterd,

FULLER, FULLER & ASSOCIATES, P.A.

Lawrence A. Fuller

cc via ECF:
      Counsel of Record

---

Application GRANTED. The initial pretrial conference scheduled for July 11, 2022, is adjourned to **August 30, 2022**, at **3:45 p.m.** The Clerk of Court is directed to terminate ECF No. 12. SO ORDERED.

May 13, 2022